UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10392-EFH |
| | ) | VIOLATION: |
| v. | ) | 18 U.S.C. § 1709 |
| | ) | Theft of Mail By Postal |
| PETER E. GUNNING | ) | Employee |

INDICTMENT

COUNT ONE:   (18 U.S.C. § 1709 - Theft of Mail By Postal Employee)

The Grand Jury charges that:

On or about February 24 and 26, 2004, at Somerville, in the District of Massachusetts,

PETER E. GUNNING,

defendant herein, did, being a Postal Service employee, steal, abstract, and remove articles and things contained in letters, packages, and mail, which letters, packages, and mail had been entrusted to him and had come into his possession intended to be conveyed by mail.

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

*Irene Burke*
FOREPERSON OF THE GRAND JURY


JOHN A. CAPIN
Assistant United States Attorneys


DISTRICT OF MASSACHUSETTS                December 22, 2004


Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk

3:10
12:22

**Criminal Case Cover Sheet**      U.S. District Court - District of Massachusetts

Place of Offense: _____    Category No. **II**    Investigating Agency **POSTAL INSPECTION**

City **Somerville**    Related Case Information:

County **Middlesex**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant **x**
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Peter E. Gunning**    Juvenile ☐ Yes [x] No

Alias Name _____

Address **315 Charger St, #53, Revere MA 02151**

Birth date (Year only): **1954**    SSN (last 4 #): ____    Sex **M**    Race: ____    Nationality: **USA**

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA **John A. Capin**    Bar Number if applicable **557277**

Interpreter: ☐ Yes [x] No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes [x] No

☐ Warrant Requested    [x] Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint    ☐ Information    [x] Indictment

Total # of Counts: ☐ Petty ____    ☐ Misdemeanor ____    [x] Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **12/22/04**    Signature of AUSA: _____

℅JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Peter E. Gunning

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. §1709 | Theft of Mail by Postal Employee | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**