UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10392-EFH

UNITED STATES OF AMERICA

v.

PETER E. GUNNING

**FURTHER ORDER ON EXCLUDABLE TIME**

March 1, 2005

DEIN, M.J.

An Initial Status Conference was held before this court on March 1, 2005. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 1, 2005 through April 26, 2005,

that being the period between the Initial Status Conference and the Interim Status Conference.

Based upon the prior order of the court dated January 19, 2005, and this order, at the time of the Interim Status Conference on April 26, 2005, there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (February 16, 2005 - February 28, 2005) and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

                                                  / s / Judith Gail Dein
                                                  JUDITH GAIL DEIN
                                                  United States Magistrate Judge