UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10392-EFH

UNITED STATES OF AMERICA

v.

PETER E. GUNNING

**FURTHER ORDER ON EXCLUDABLE TIME**

April 26, 2005

DEIN, M.J.

An Interim Status Conference was held before this court on April 26, 2005. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 26, 2005 through May 26, 2005

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated January 19, 2005, March 1, 2005 and this order, at the time of the Final Status Conference on May 26, 2005, there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (February 16, 2005 - February 28, 2005) and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge