UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10392-EFH

UNITED STATES OF AMERICA

v.

PETER E. GUNNING

## FURTHER ORDER ON EXCLUDABLE TIME

May 26, 2005

DEIN, M.J.

A Final Status Conference was held before this court on May 26, 2005. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 26, 2005 through July 8, 2005

that being the period between the Final Status Conference and the date by which dispositive motions are to be filed.

Based upon the prior orders of the court dated January 19, 2005, March 1, 2005, April 26, 2005 and this order, as of July 8, 2005 there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (February 16, 2005 - February 28, 2005) and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge