```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        v.                  )    CRIMINAL NO.: 04-CR-10392-EFH
                            )
PETER E. GUNNING,           )
                            )
Defendant.                  )
                            )
```

### NOTICE OF APPEARANCE OF S. WAQAR HASIB

Please enter and add the appearance of Assistant U.S. Attorney S. Waqar Hasib for the United States of America in the above-captioned matter.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney


                    By:  /s/ S. Waqar Hasib
                         S. WAQAR HASIB
                         Assistant U.S. Attorney
                         1 Courthouse Way, Suite 9200
                         Boston, MA 02210
                         (617) 748-3674
Dated: July 23, 2005     waqar.hasib@usdoj.gov
```

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                                    Boston, Massachusetts
                                                July 23, 2005

    I, S. Waqar Hasib, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on defendant's attorney, Benjamin J. Entine, by electronic filing.

<u>/s/ S. Waqar Hasib</u>
S. WAQAR HASIB
Assistant U.S. Attorney
