UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO: 04-CR-10392-EFH |
| | ) | |
| PETER GUNNING | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION FOR ADDITIONAL TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS**

The United States hereby moves for leave to file an opposition to Defendant Peter Gunning's Motion to Suppress one week late.  As grounds, the government states that the defendant filed his motion to suppress on July 20, 2005, and the government's opposition is therefore due on August 4, 2005. Because of the press of other business, including matters before the First Circuit Court of Appeals, undersigned counsel will not be able to respond to the defendant's motion in a timely manner. The parties exchanged messages via phone and e-mail on August 3, 2005, and August 4, 2005, and defense counsel agreed to an extension of time.

Wherefore, the government seeks leave to file the opposition to Defendant Peter Gunning's Motion to Suppress on August 11, 2005.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ S. Waqar Hasib
S. WAQAR HASIB
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    I, S. Waqar Hasib, Assistant U.S. Attorney, do hereby
certify that I have caused a true and accurate copy of the
foregoing to be served upon counsel by electronic filing.

                              /s/ S. Waqar Hasib
                              S. WAQAR HASIB
                              Assistant U.S. Attorney