UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        v.                                      CR. NO.:  04-10392-EFH

PETER GUNNING,
              Defendant.

## REVISED SCHEDULING ORDER

September 7, 2005

HARRINGTON, S.D.J.

    A hearing on Defendant's Motion to Suppress in this case is scheduled for **Thursday, October 13, 2005**, at 10:00 A.M. in Courtroom No. 13 on the Fifth Floor.

    SO ORDERED.

                                                /s/ Edward F. Harrington  
                                                EDWARD F. HARRINGTON  
                                                United States Senior District Judge