UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10392-EFH |
| ) | |
| PETER GUNNING ) | |
| ) | |

## MOTION TO CONTINUE

NOW COMES the undersigned, counsel for the defendant, Peter Gunning, and requests this Honorable Court to continue the Suppression Hearing scheduled for October 13, 2005 at 10:00 am.

Counsel submits this request in order to observe the cycle of the Jewish holidays on October 4, 5, 13, 18, 19, 25 and 26, 2005.

Assistant United States Attorney, S. Waqar Hasib, has assented to this motion and submits available dates of October 17, 21, 28 and 31, 2005.

Respectfully submitted,

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
Third Floor
Boston, MA 02110
617-357-0770
BBO# 558533

September 27, 2005