UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA

          v.                                      CR. NO.:  04-10392-EFH

PETER GUNNING,
                Defendant.

---

## REVISED SCHEDULING ORDER

September 28, 2005

HARRINGTON, S.D.J.

     A hearing on Defendant's Motion to Suppress in this case is scheduled for **Monday, October 17, 2005**, at 12:00 Noon, in Courtroom No. 13 on the Fifth Floor.

     SO ORDERED.

                                                        /s/ Edward F. Harrington
                                                        EDWARD F. HARRINGTON
                                                        United States Senior District Judge