UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PETER GUNNING )<br>) | CRIMINAL NO. 04-10392-EFH |

## MOTION TO CONTINUE

NOW COMES the undersigned, counsel for the defendant, Peter Gunning, and requests this Honorable Court to continue the Suppression Hearing scheduled for October 17, 2005 at 12:00 pm.

For reasons counsel states that on October 13, 2005 counsel underwent emergency surgery and is scheduled for post-operative follow-up on October 21, 2005.

WHEREFORE counsel requests a continuance of a date convenient for the Court and all parties. Assistant United States Attorney, S. Waqar Hasib, has assented to this motion.

Respectfully submitted,

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
Third Floor
Boston, MA 02110
617-357-0770
BBO# 558533

October 13, 2005