UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  CR. NO.: 04-10392-EFH

PETER GUNNING,
          Defendant.

## REVISED SCHEDULING ORDER

October 17, 2005

HARRINGTON, S.D.J.

    A hearing on Defendant's Motion to Suppress in this case is rescheduled from October 17, 2005 to **Wednesday, December 7, 2005**, at 11:00 A.M., in Courtroom No. 13 on the Fifth Floor.

    SO ORDERED.

                                              /s/ Edward F. Harrington
                                            EDWARD F. HARRINGTON
                                            United States Senior District Judge