UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-CR-10392-EFH |
| | ) |
| PETER GUNNING | ) |

### DISMISSAL OF PETER GUNNING FROM COUNT ONE OF THE INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the defendant PETER GUNNING from Count One of the Indictment which charges him with theft of mail, in violation of 18 U.S.C. §1709. In support of this dismissal, the government states that after this Court granted the defendant's motion to suppress certain evidence, the government will not be able to prove its case beyond a reasonable doubt.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
LAURA J. KAPLAN, Chief
Violent & Organized Crime Section

_____
S. WAQAR HASIB
Assistant U.S. Attorney

Leave to File Granted:

_____
Edward F. Harrington, Judge
United States District Court